# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

**JANETTA RHODES**,

      Plaintiff,

    v.                              Case No.:     17-CV-1373

**MAHLER ENTERPRISES, INC.**,

      Defendant.

## JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff Janetta Rhodes and Defendant Mahler Enterprises, Inc., through their undersigned attorneys, as to the following extension of the deadline to respond to the Complaint, filed on October 11, 2017:

1. Defendant Mahler Enterprises, Inc. shall file its response to the Complaint by November 21, 2017.

Dated this 3rd day of November, 2017.

Respectfully submitted,                    Respectfully submitted,

By:  s/Sara J. Geenen                       By:  s/Rufino Gaytán III
    Sara J. Geenen                        Rufino Gaytán III
    WI State Bar No.:  1052748            WI State Bar No.:  1065235
    THE PREVIANT LAW FIRM, S.C.           Erin M. Cook
    310 W. Wisconsin Avenue, Suite 100MW  WI State Bar No.:  1074294
    Milwaukee, WI  53203                  GODFREY & KAHN, S.C.
    Phone:  414-271-4500                  833 East Michigan Street, Suite 1800
    Fax:  414-271-6308                    Milwaukee, WI 53202
    Email:  sjg@previant.com              Phone:  414-273-3500
                                          Fax:  414-273-5198
                                          Email:  rgaytan@gklaw.com
Attorneys for Plaintiff                                   mcook@gklaw.com
Janetta Rhodes

                                          Attorneys for Defendant
                                          Mahler Enterprises, Inc.

18002495.1